UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISRAEL SERRANO MARTINEZ,

Petitioner,

v. Case No. 3:26-cv-862-MMH-SJH

WARDEN, NORTH FLORIDA
DETENTION FACILITY and
U.S. ATTORNEY GENERAL,

Respondents.

---

# ORDER

Petitioner Israel Serrano Martinez, an immigration detainee, initiated this action by filing a pro se Petition for a Writ of Habeas Corpus (Doc. 1; Petition) on April 13, 2026. He asserts that Immigration and Customs Enforcement (ICE) is currently detaining him at the North Florida Detention Center. Id. at 1. Martinez appears to raise four claims for relief: "[p]rolonged detention without bond violates due process" (Ground One); "[u]nreasonable/indefinite detention" (Ground Two); "[d]enial of a bond hearing" (Ground Three); and "[v]iolation of substantive due process (no justification for detention)" (Ground Four). Id. at 6–8. He requests, inter alia, that the Court order his immediate release. Id. at 8.

A federal court may grant habeas relief where a petitioner shows that he is "in custody in violation of the Constitution or laws or treaties of the United States[.]" 28 U.S.C. § 2241(c)(3). Here, Martinez has not alleged sufficient facts to establish his entitlement to relief. His references to due process are vague and conclusory in nature, and his factual allegations are conclusory and devoid of sufficient facts that would allow the Court to draw reasonable inferences that Respondents violated his constitutional rights. For instance, Martinez fails to detail when he entered the United States and whether he is currently in removal proceedings or subject to a final order of removal. In the absence of such information, the Court is unable to determine the correct legal framework to apply.

While the Court can speculate as to the claims Martinez intends to raise, he carries the burden of clearly identifying his claims and the relief he seeks. Because he fails to carry that burden, the Petition is dismissed without prejudice to Martinez's right to refile a § 2241 petition that clearly sets forth allegations about how his detention allegedly violates the Constitution.

Accordingly, it is **ORDERED**:

1. Martinez's Petition for a Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice**.

2. Respondent Warden's Motion to Dismiss (Doc. 3) is **DENIED as moot**.

3. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition, and close the file.

4. The **Clerk** shall send Martinez a habeas corpus petition under 28 U.S.C. § 2241 and an application to proceed in forma pauperis (prisoner filings).

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of August, 2026.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 8/28
c:
Israel Serrano Martinez
Counsel of Record